UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a foreign company, | ) ) ) |
| Plaintiff, | ) ) 2:10-cv-1384-JCM-RJJ |
| vs. | ) ) |
| MAHMOUD ISMAIL SBAIH; *et al.*, | ) O R D E R ) |
| Defendant, | ) ) |
| AND RELATED COUNTERCLAIM. | ) ) |

This matter was submitted to the undersigned Magistrate Judge on Sameera Sabaih, M.D.'s Emergency Motion to Compel Disclosures Pursuant to Fed.R.Civ. 37(a)(3)(A) (#45).

The Court has reviewed the Emergency Motion (#45) and determines that the Court will not handle this motion on an expedited basis–the normal briefing schedule will apply. Further, the Court reminds defendants' counsel of the duty to meet and confer by personal consultation. The court rules do not recognize a "meet and confer" letter or email. *See*, Shuffle Master, Inc. V. Progressive Games, Inc. 170 FRD 166 (D. Nev. 1996).

DATED this  7th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge